UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                                              Case No.  2:22-mj-315

**Tomas Hailemariam**

## COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | May 26, 2022 At 3:00 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Noah Litton |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Laura Byrum |
| INTERPRETER: |  | Pretrial/Probation | Leticia Vazquez-Villa |

Initial Appearance

-CJA financial affidavit completed; Counsel appointed
-Dft advised of rights, charges, and potential penalties
-Government moves for detention
-Detention hearing set for June 1, 2022 at 1:00 PM before Magistrate Judge Vascura
-Preliminary Hearing set for June 15, 2022 at 1:00 PM before Magistrate Judge Vascura
-Govt advised of Due Process Protections Act Order
-Dft released on O/R bond