AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:22-mj-00315-KAJ-1 |
| TOMAS HAILEMARIAM | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Defendant, Tomas Hailemariam.                                                                                    .

Date:      06/02/2022

/s/ Dustin M. Blake
*Attorney's signature*

Dustin M. Blake (0080560)
*Printed name and bar number*

492 S. High St., 3rd Floor
Columbus, Ohio 43215

*Address*

dblake@dustinblakelaw.com
*E-mail address*

(614) 705-2290
*Telephone number*

(614) 453-8564
*FAX number*