AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:22-mj-315 |
| Tomas Hailemariam | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _____

X *Tomas Hailemariam*
*Defendant's signature*

*Susan Pettit*
*Signature of defendant's attorney*

SUSAN PETTIT, 0067613
*Printed name and bar number of defendant's attorney*

713 S. FRONT ST, COLUMBUS OH 43206
*Address of defendant's attorney*

PETTITDEFENDS@GMAIL.COM
*E-mail address of defendant's attorney*

(614) 596-2889
*Telephone number of defendant's attorney*

(614) 445-7873
*FAX number of defendant's attorney*