**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 JUN 23 PM 1:02

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** _____ |
| **Plaintiff,** | **JUDGE** |
| **vs.** | **INDICTMENT** |
| **TOMAS HAILEMARIAM,** | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)–(D)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| **Defendant.** | **FORFEITURE** |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Possession with Intent to Distribute Controlled Substances)**

1.      On or about December 29, 2021, in the Southern District of Ohio, the defendant, **TOMAS HAILEMARIM**, did knowingly and intentionally possess with the intent to distribute the following: a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance; a substance containing a detectable amount of oxycodone, a Schedule II controlled substance; and a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and (b)(1)(D).**

### COUNT 2
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

2.      The allegations in Count 1 of this Indictment are hereby re-alleged and incorporated by reference.

3.      On or about December 29, 2021, in the Southern District of Ohio, the defendant,

**TOMAS HAILEMARIAM**, did knowingly possess a firearm in furtherance of a drug trafficking

crime for which he may be prosecuted in a court of the United States, that is, possession with intent

to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)–(D), as

set forth in Count 1 of this Indictment.

**In violation of 18 U.S.C. § 924(c)(1)(A)(i).**


## COUNT 3
### (Prohibited Person in Possession of a Firearm)

4.      On or about December 29, 2021, in the Southern District of Ohio, the defendant,

**TOMAS HAILEMARIAM**, knowing that he had been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having

been shipped and transported in interstate or foreign commerce, to wit:

| Firearm Description | Serial Number |
|---|---|
| Girsan-manufactured, model Regard, 9mm, semi-automatic handgun | T6368-20A16323 |
| Ruger-manufactured, model SR9, 9mm, semi-automatic handgun | 330-61894 |
| Kimber-manufactured, model Custom II, .45 caliber, semi-automatic handgun | K287969 |
| Taurus-manufactured, model PT 738, .380 caliber, semi-automatic handgun | 20571F |
| Smith & Wesson-manufactured, model M&P .380 Shield, .380 caliber, semi-automatic handgun | Unknown |
| Smith & Wesson-manufactured, model M&P 15-22P, .22 caliber, semi-automatic firearm | WAK6917 |
| Smith & Wesson-manufactured, model Bodyguard, .380 caliber semi-automatic handgun | KDN7520 |
| Glock-manufactured, model 43X, 9mm, semi-automatic handgun | BUEE466 |

**In violation of  18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION A

5.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

6.      Upon conviction of any offense alleged in Count 1 of this Indictment, the defendant, **TOMAS HAILEMARIAM,** shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation, including, but not limited to:

| Description | Serial Number |
|---|---|
| Girsan-manufactured, model Regard, 9mm, semi-automatic handgun | T6368-20A16323 |
| Ruger-manufactured, model SR9, 9mm, semi-automatic handgun | 330-61894 |
| Kimber-manufactured, model Custom II, .45 caliber, semi-automatic handgun | K287969 |
| Taurus-manufactured, model PT 738, .380 caliber, semi-automatic handgun | 20571F |
| Smith & Wesson-manufactured, model M&P .380 Shield, .380 caliber, semi-automatic handgun | Unknown |
| Smith & Wesson-manufactured, model M&P 15-22P, .22 caliber, semi-automatic firearm | WAK6917 |
| Smith & Wesson-manufactured, model Bodyguard, .380 caliber semi-automatic handgun | KDN7520 |
| Glock-manufactured, model 43X, 9mm, semi-automatic handgun | BUEE466 |
| Pistol magazine with ammunition from the Girsan Regard | |
| .45 caliber pistol magazine with ammunition from the Kimber Custom II | |
| Two pistol magazines with ammunition from a Smith & Wesson firearm | |
| Pistol magazine with ammunition from the Glock 43X | |
| Empty extended pistol magazine | |
| Pistol magazine with ammunition from the Taurus .380 | |
| Empty pistol mag from a Smith & Wesson firearm | |

3

| Description | Serial Number |
|---|---|
| Motorola MC382 Cell Phone | IMEI 356611282969470 |
| Blue/black ATT Flip Phone | IMEI 864862048287310 |
| Blue ATT Phone | IMEI 866099020855644 |
| Blue Sprint Sanyo Flip Phone, Model SCP-2400 | FCC ID AEZSCP-24H |

**Forfeiture notice in accordance with 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

7.  The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

8.  Upon conviction of any offense alleged in Count 2 or 3 of this Indictment, the defendant, **TOMAS HAILEMARIAM**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

| Description | Serial Number |
|---|---|
| Girsan-manufactured, model Regard, 9mm, semi-automatic handgun | T6368-20A16323 |
| Ruger-manufactured, model SR9, 9mm, semi-automatic handgun | 330-61894 |
| Kimber-manufactured, model Custom II, .45 caliber, semi-automatic handgun | K287969 |
| Taurus-manufactured, model PT 738, .380 caliber, semi-automatic handgun | 20571F |
| Smith & Wesson-manufactured, model M&P .380 Shield, .380 caliber, semi-automatic handgun | Unknown |
| Smith & Wesson-manufactured, model M&P 15-22P, .22 caliber, semi-automatic firearm | WAK6917 |
| Smith & Wesson-manufactured, model Bodyguard, .380 caliber, semi-automatic handgun | KDN7520 |
| Glock-manufactured, model 43X, 9mm, semi-automatic handgun | BUEE466 |
| Pistol magazine with ammunition from the Girsan Regard | |

4

| Description | Serial Number |
|---|---|
| .45 caliber pistol magazine with ammunition from the Kimber Custom II | |
| Two pistol magazines with ammunition from a Smith & Wesson firearm | |
| Pistol magazine with ammunition from the Glock 43X | |
| Empty extended pistol magazine | |
| Pistol magazine with ammunition from the Taurus .380 | |
| Empty pistol magazine from a Smith & Wesson firearm | |

Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A True Bill.

_s/Foreperson_
GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

SHEILA G. LAFFERTY (0042554)
S. COURTER SHIMEALL (0090514)
Assistant United States Attorneys

5