**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO OF OHIO
FRANKLIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff** : | |
| : | **CASE NO. 2:22-CR-109** |
| v. : | |
| : | **JUDGE MORRISON** |
| **TOMAS HAILEMARIAM** : | |
| : | |
| **Defendant.** : | |

_____

**MOTION OF DEFENDANT, TOMAS HAILEMARIAM, FOR NOTICE OF INTENTION TO USE EVIDENCE**
_____

Defendant, Tomas Hailemariam, through counsel requests notice pursuant to Rule 12 (b) (4) F.R.Cr.P. of the Government's intention to use in its case in chief at trial any evidence which the Defendant may be entitled to discover under Rule 16, in order to afford the Defendant an opportunity to move to suppress evidence under Subdivision (b) (3)(C) of. Rule 12 F.R.Cr.P.

Respectfully submitted,

/s/ Dustin M. Blake
Dustin M. Blake (0080560)
BLAKE LAW FIRM CO., LLC
492 S. High St., 3rd Floor
Columbus, Ohio 43215
(614) 705-2290 – Office
(614) 453-8564 – Fax
dblake@dustinblakelaw.com
Attorney for Defendant Tomas Hailemariam

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was electronically served upon, the Assistant United States Attorney, United States Attorney's Office, 303 Marconi Blvd., Suite 200, Columbus, Ohio 43215, on this June 27, 22.

/s/ Dustin M. Blake
Dustin M. Blake (0080560)