United States District Court
Southern District of Ohio

---

**Related Case Memorandum**
**Criminal Cases**

TO:         Judge Morrison and Judge Watson

FROM:       Spencer D. Harris            , Deputy Clerk

DATE:       6/24/2022

SUBJECT:    Case Caption:   USA v. Tomas Hailemariam

CASE:       Case Number:   2:22-CR-109

DISTRICT JUDGE:    Judge Morrison

            File Date:   6/23/22

---

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:    **USA v. Ermias Kessette Golla, et al.,**

Case Number:    **2:21-CR-41 (1, 2, 3, 4)**    District Judge:    **Judge Watson**

File Date:    **3/11/21**    Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:    District Judge:

File Date:    Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk    <u>**Spencer D. Harris**</u>
as follows:

**Judges' Response:**

☐    We agree that the cases are <u>**not**</u> related and that the subject case should remain
with the Judge to whom it is assigned.

☒    We agree that the cases <u>**are**</u> related and that the subject case should be
transferred to the docket of Judge     _Watson_

☐    We agree that although the cases <u>**are**</u> related, the subject case nevertheless should
remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases
are <u>**not**</u> related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases
<u>**are**</u> related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*