**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

United States of America

    -vs-                    Case No.  2:22-CR-109

Tomas Hailemariam
_____

### NOTICE OF HEARING

TAKE NOTICE that a **Arraignment on Indictment** is scheduled for **July 19, 2022** at **11:30 AM.** This hearing will be held before the **Honorable Norah McCann King**. Unless requested by the Defendant or Counsel for an in person hearing this hearing will be conducted by GoTo Meeting.

Dated July 1, 2022

                                      NORAH MCCANN KING
                                      UNITED STATES MAGISTRATE JUDGE

                                       _/s/ Spencer Harris_____
                                      By: Spencer Harris, Courtroom Deputy
                                      614.719.3027
                                      spencer_harris@ohsd.uscourts.gov