# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Plaintiff, | : | Case No. 2:22-cr-109 |
| v. | : | |
| | : | Judge Watson |
| **TOMAS HAILEMARIAM** | : | |
| Defendant. | : | |

_____

## MOTION TO CONTINUE JURY TRIAL AND MODIFY TRIAL SCHEDULING ORDER
_____

The Defendant in this case, by and through undersigned counsel, respectfully makes this motion to continue the Jury Trial Hearing in this matter. Counsel submits that a continuance of the trial schedule is consistent with the ends of justice and outweighs the interest of the public in a speedy trial and is otherwise consistent with the factors set forth in 18 U.S.C. §3161(h)(7)(B). The reasons for the motion are more fully explained in the attached Memorandum in Support.

Respectfully submitted,

/s/ Dustin M. Blake, Esq.
Dustin M. Blake (0080560)'
BLAKE LAW FIRM CO., LLC
492 S. High St., 3rd Floor
Columbus, Ohio 43215
(614) 705-2290 – Office
(614) 453-8564 – Fax
dblake@dustinblakelaw.com
Attorney for Defendant Tomas Hailemariam

## **MEMORANDUM IN SUPPORT**

On May 9, 2022, a criminal complaint was filed against Defendant in this case for possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1); possession of firearms by a convicted felon in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2); and, possessing a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(C).

On June 24, 2022, a federal grand jury returned an indictment charging Tomas Hailemariam with one (1) possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)-(D); one (1) count felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and 924(a); and one (1) count possessing a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i).  Pursuant to the Court's July 12, 2022 Order, a pretrial is scheduled on August 17, 2022, and a jury trial is scheduled on August 22, 2022.

Defendant needs additional time to prepare for trial and negotiate the matter.

Mr. Hailemariam has been advised of his rights under the Speedy Trial Act, 18 U.S.C. §2161, et seq, and has waived such rights. Further, he submits that the ends of justice served by granting this continuance request outweigh any interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Additional time is necessary to afford counsel adequate time for effective preparation, taking into account the exercise of due diligence and pre-existing commitments. 18 U.S.C. § 3161(h)(7)(B)(iv).

In addition to continuing the pretrial and trial dates, it is also requested that the motions deadline be reset for 30 days with any replies due two weeks thereafter.

**WHEREFORE**, Mr. Hailemariam respectfully requests an Order continuing the trial schedule for 90 days.

Respectfully submitted,

/s/ Dustin M. Blake, Esq.
Dustin M. Blake (0080560)'
BLAKE LAW FIRM CO., LLC
492 S. High St., 3rd Floor
Columbus, Ohio 43215
(614) 705-2290 – Office
(614) 453-8564 – Fax
dblake@dustinblakelaw.com
Attorney for Defendant Tomas Hailemariam

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was electronically served upon the Assistant United States Attorney, United States Attorney's Office, 303 Marconi Blvd., Suite 200, Columbus, Ohio 43215, on this July 26, 22.

/s/ Dustin M. Blake
Dustin M. Blake (0080560)
Attorney for Defendant Tomas Hailemariam
