# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CASE NO.: 2:22-CR-109 |
| V. | |
| TOMAS HAILEMARIAM | JUDGE: Watson |
| Defendant. | |

## NOTICE OF APPEARANCE

Elizabeth A. Geraghty, Assistant United States Attorney, hereby gives notice to the Court and to the Defendant that she is entering an appearance as co-counsel for the United States in the above captioned case, AUSA Geraghty requests that copies of all papers filed in this action be served upon her at the following address:

> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio 43215
> (614) 469-5715
> Fax: (614) 469-5653
> Elizabeth.Geraghty@usdoj.gov

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/ Elizabeth A. Geraghty*
ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Elizabeth.Geraghty@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance was served electronically via CM/ECF to all parties of record this 1st day of December 2022.

                                                *s/ Elizabeth A. Geraghty*
                                                ELIZABETH A. GERAGHTY (0072275)
                                                Assistant United States Attorney